United States District Court.
western

Plaintiff (Judge Gordon Quist.)
United States of America
VS
Corey CRiBBS II · Defendant,

Case NO.
(1:18-cr-00060-1)

motion of Reconsideration

Corey CRiBBS Respectfully Request Reconsideration
in support of filing his motion. MR CRIBBS
states AS follows

1. MR CRiBBS was sentenced to A 300 moNth prison
term following his Guilty PleA to Conspircy.
POSS/W Intent to Distrubute.

2 MR. CRiBBS is A First time offender to the
F.B.O.P and Argues that 300 months is A
SubStantal amount of time Due to the policy
Disagreement with the METH Guidlines.

3 MR CRiBBS argue's that the united states Sentencing
Guidelines were designed to promote the twin goals of
uniformity and proportionality in sentencing.
The PURPOSE of this memorandum is to provide a
Reasoned explanation for the policy disagreement
with the Guidlines and to lay out methodology FOR

Sentencing in methamphetamine cases.

3 in United States vs Booker, 543 U.S 220, 125 S. Ct 738, 160 L. Ed 2d 621 (2005). the Supreme court held that the Sentencing Guidlines are Just "one factor among Several Courts must Consider in determining an Appropraite Sentence. "Kimbrough v. united States, 552 U.S. 85, 105, 128 S. Ct. 558, 169 L. Ed 2d 481 (2007) while the Guidlines must serve as the starting point and the initial Substance Ratio. See united states Sentencing Commission, Methamphetamine

4. Base offence levels for federal drug crimes are calculated using the Drug Quantity table found in § 2D1.1(c) of the Sentencing Guidlines. which uses A Graduated Scale Based on the type and Quantity of Drugs involved. Methamphetamine, unlike most Controlled Substances, is to Be quantified Based on Purity, using either the weight of a mixture Containing the Drug or the weight of the Pure drug itself Contained within the mixture. whichever yields the greater OFFENSE level. In Determining the BASE offense level there is a 10:1 Ratio Between Pure or "Actual" methamphetamine and an Equivalent weight of methamphetamine mixture. The 10:1 Ratio was Introduced in the 1989 Sentencing Guidlines. there is NONE Empirical Data from the Sentencing

Commission or in the Academic literature which would Justify the Ratio. these distinctions Seem to Be tiered to A similar 10.1 Ratio used in the mandatery minimum Sentences Imposed By Congress. See 21 U.S.C. § 841(B)(i)(A)(viii) a § 841(B)(i)(B)(viii). 2 that Determination was, By its very Nature, a product of political Calculation and Compromise Rather than empirical Analysis.

5 Also see Judge t. NEFF policy Disagreement with methaphetimine guidlins.

6. I Corey CRiBBS Ask the Courts to Reconsider the Sentence of 300 months and move foward into granting a downward varience.

Thank you

Respectfull
SuBMitted

Corey CRibbs

INMATE NAME: Corey Cribbs
REGISTER # 22109-040
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250

30 JAN 2020 PM 1 L

RECEIVED (GR)
U.S. District Court Clerk
FEB 03 2020
TLB
Western Michigan

Clerk of Courts
Honorable Gordan Quist
110 N.W. Michigan Ave
Federal Building.
Grand Rapids, michigan. 49503

49503-231307