FILED - KZ
February 26, 2024 2:46 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES /2/26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 1:18-CR-60-01

Hon. Gordon J. Quist

COREY James CRIBBS,

    Defendant.

## Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)
### (Guideline Amendment No. 821)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. First, Amendment 821 decreases "Status Points" by one point for defendants with seven or more criminal history points and eliminated "Status Points" for defendants with six or fewer criminal history points. "Status Points" are those points that were applied under then-United States Sentencing Guideline (U.S.S.G.) § 4A1.1(d) if the defendant committed his or her federal offense while on probation, parole, supervised release, imprisonment, work release, or escape status. Second, Amendment 821 provides for a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points), whose offense did not involve specific aggravating factors. The change is retroactive as of November 1, 2023, and has an effective date of February 1, 2024.

In support of this motion, I state as follows:

1. I am serving a term of imprisonment.

2. My presentence report:

    ☒ included "Status Points" in the calculation of my criminal history score under then-U.S.S.G. §4A1.1(d).

☐ scored me as having zero criminal history points.

3. I was sentenced in the Western District of Michigan on March 12, 2019 (date) to a term of 300 months in prison. My total offense level was 42 and my criminal history category was VI.

4. My projected release date is July 22, 2039. I understand that the Amendment does not authorize release of any defendant before February 1, 2024.

5. ☒ I hereby request a court-appointed attorney. In support of my request, I have completed the enclosed Financial Affidavit. (Note: appointment of counsel is discretionary with the Court.)

WITH THE EXCEPTION OF THE FINANCIAL AFFIDAVIT, PLEASE DO NOT SUBMIT OR ATTACH ANY OTHER MATERIALS AT THIS TIME OR YOUR MOTION WILL BE REJECTED AND RETURNED.

Signature of Petitioner: _Corey Cribbs_   Date: Feb. 22, 2024

Print or Type Name: Corey Cribbs   Register #: 22109-040

Current Address: FCI McDowell P.O Box 1009 Welch West Virginia 24801

Corey Cribbs #22160-510
FCI Mcdowell
P.O Box 1009
welch west virgina
24801

Clerk of court

United states district court
western District of michigan
107 suite
410 w. michigan AVENUE
Kalamazoo, Michigan 49007